IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kiena Clark,                                          :
                                                     :
            Plaintiff(s),                            :
                                                     :     Case Number: 1:14cv330
    vs.                                              :
                                                     :     Judge Susan J. Dlott
Commissioner of Social Security,                     :
                                                     :
            Defendant(s).                            :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on June 4, 2015 a Report and Recommendation (Doc. 14).  Subsequently, the defendant filed objections to such Report and Recommendation (Doc. 19).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, the decision of the Commissioner to deny the Plaintiff Supplemental Security Income benefits is REVERSED.  This matter is hereby REMANDED under sentence four of 42 U.S.C. §405(g).

This case is hereby TERMINATED off the docket of this Court.

IT IS SO ORDERED.


            ___s/Susan J. Dlott_____
            Judge Susan J. Dlott
            United States District Court